IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THOMAS F. SCHMIDT, | ) | CIVIL 05-00480DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLSTATE INSURANCE | ) | |
| COMPANY, an Illinois Corporation; | ) | |
| JOHN DOES 1 through 10; | ) | |
| JANE DOES 1 through 10; | ) | |
| DOE CORPORATIONS, | ) | |
| PARTNERSHIPS and/or OTHER | ) | |
| ENTITIES 1 through 10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on

September 30, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special

Master Recommending that Defendant Allstate Insurance Company's Motion for

Attorneys' Fees and Costs be Granted in Part and Denied in Part," is adopted as the

opinion and order of this court.

//

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 29, 2008.



_____
David Alan Ezra
United States District Judge